UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**MEGGAN O'CONNELL**
              Plaintiff

    V.

**FEDERAL INSURANCE CO. ET AL**
              Defendants

CIVIL ACTION

NO. 06CV10741-RWZ

## JUDGMENT

ZOBEL, D. J.

In accordance with the MEMORANDUM AND ORDER entered 12/12/08; Judgment is entered for DISMISSING complaint.

                                      By the Court,

12/15/08                                  s/ Lisa A. Urso
Date                                       Deputy Clerk